**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**

In Re: ROBERT SCHEIDEGGER                                       Case No: 24-10384
       JOELLA SCHEIDEGGER

     Debtor(s)

**NOTICE OF WITHDRAWAL**

Comes the Trustee, William W. Lawrence and notes that  the document number **90** is hereby withdrawn.

/s/ William W. Lawrence
WILLIAM W. LAWRENCE, TRUSTEE
310 Republic Plaza
200 S. 7th Street
Louisville, KY 40202
(502)581-9042